IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MORGAN,<br><br>  Petitioner,<br><br>  v.<br><br>JOSIE GASTELO,<br><br>  Respondent. | Case No. CV 20-3538 JAK (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner did not file any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

1   IT IS ORDERED that Judgment be entered GRANTING Respondent's motion and DISMISSING this action WITHOUT PREJUDICE.

DATE: December 3, 2020

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE