IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MORGAN,<br><br>        Petitioner,<br><br>    v.<br><br>JOSIE GASTELO,<br><br>        Respondent. | Case No. CV 20-3538 JAK (MRW)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that Respondent's motion to dismiss is GRANTED and this action is DISMISSED WITHOUT PREJUDICE.

DATE: December 3, 2020

                                                                                                                    _____<br>
                                                                                                                   JOHN A. KRONSTADT<br>
                                                                                                                   UNITED STATES DISTRICT JUDGE